Olivia O. Bissell (State Bar No. 119157)
Karen M. Gilkeson (State Bar No. 243929)
BISSELL & ASSOCIATES, P.C.
2953 Lincoln Boulevard, Suite 101
Santa Monica, California 90405
Tel: (310) 508-9575   Fax: (310) 300-0711
E-mail: oliviabissell@gmail.com

Attorneys for Plaintiff
**AMIR MOBASSER**

WESTON & McELVAIN LLP
Richard C. Weston (State Bar No. 126491)
Robin H. Jung (State Bar No. 271894)
27520 Hawthorne Boulevard, Suite 180
Rolling Hills Estates, California 90274
Telephone:   (310)541-8341
Facsimile:   (310) 541-8307
E-mail:   rweston@wmattorneys.com
          rjung@wmattorneys.com

Attorneys for Defendant **TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR MOBASSER, individually,<br><br>Plaintiff,<br><br>Vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 13-cv-2567- DMG (CWx)<br>Assigned to the Hon. Dolly M. Gee<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

[THE REMAINDER OF THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK]

13-cv-2567- DMG (CWx)

STIPULATION OF DISMISSAL WITHOUT PREJUDICE

1

The parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that the above-captioned case be dismissed without prejudice, subject to refiling and the parties to bear their respective costs, including any possible attorneys' fees or other expenses.

Respectfully submitted.

Dated: September 26, 2013          BISSELL & ASSOCIATES, P.C.

By: _____
OLIVIA O. BISSELL
KAREN M. GILKESON
Attorneys for Plaintiff

Dated: September 27, 2013          WESTON & McELVAIN LLP

By: _____
RICHARD C. WESTON
ROBIN H. JUNG
Attorneys for Defendant

13-cv-2567- DMG (CWx)

*Amir Mobasser v. Travelers Casualty Insurance Company of America*
USDC-CACD, Case No. 13-cv-02567 DMG (CWx)

# PROOF OF SERVICE

I, Regina Macleod, declare:

I am employed in the County of Los Angeles, state of California. I am over the age of 18 and not a party to the within action; my business address is 27520 Hawthorne Boulevard, Suite 180, Rolling Hills Estates, California 90274. On September 27, 2013, I served a copy of the following document:

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

By electronically filing the foregoing document with the Clerk of the United States District Court, Central District, using its ECF system, which electronically notifies the persons on the attached service list at the email addresses registered with the ECF System.

I declare under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 27, 2013 at Rolling Hills Estates, California.

*/s/ Regina Macleod*
Regina Macleod

*Amir Mobasser v. Travelers Casualty Insurance Company of America*
USDC-CACD, Case No. 13-cv-02567 DMG (CWx)

# SERVICE LIST

| | |
|---|---|
| Olivia O. Bissell, Esq.<br>**BISSELL & ASSOCIATES, PC**<br>2953 Lincoln Boulevard, Suite 101<br>Santa Monica, California 90405<br>Telephone:  (310) 508-9575<br>Facsimile:(310) 300-0711<br>E-mail:    oliviabissell@gmail.com | *Attorney for Plaintiff,*<br>Amir Mobasser |

SERVICE LIST