JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR MOBASSER, individually<br><br>  Plaintiff,<br><br>  vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, and DOES 1 through 50, Inclusive,<br><br>  Defendants. | Case No. 13-cv-2567- DMG (CWx)<br><br>**ORDER RE DISMISSAL WITHOUT PREJUDICE [22]** |

Pursuant to the parties' Stipulation Re Dismissal without Prejudice,

**IT IS HEREBY ORDERED THAT:**

1. This entire action is dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and

2. Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: September 27, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE